**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v -

XUJIA WANG,
    a/k/a "Jennifer Wang,"
RUOPIAN CHEN,
    a/k/a "Rubin Chen,"

        Defendants.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

07CRIM 730

      Please take notice that the United States Attorney's Office will file an information upon the defendants' waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           August 6, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

              By:   _____
                      Reed Michael Brodsky
                      Assistant United States Attorney

AGREED AND CONSENTED TO:

              By:   _____
                      Catherine L. Redlich, Esq.
                      Attorney for Jennifer Wang

              By:   _____
                      David Spears, Esq.
                      Attorney for Rubin Chen

*Judge McMahon*

8/6/07 WHEEL A

p.2