**Judge McMahon**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :    <u>Waiver of Indictment</u>
     - v -                       :
                                 :    **07 CRIM. 730**
XUJIA WANG,                      :
     a/k/a "Jennifer Wang,"      :
RUOPIAN CHEN,                    :
     a/k/a "Rubin Chen,"         :
                                 :
           Defendants.           :
                                 :
- - - - - - - - - - - - - - - - x

      The above-named defendants, who are accused of one count of violating Title 18, United States Code, Section 371, and three counts of violating Title 15, United States Code, Sections 78j(b) & 78ff, being advised of the nature of the charges and of their rights, hereby waive, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

                                              _____
                                              Defendant Jennifer Wang

                                              _____
                                              Counsel for Jennifer Wang

                                              _____
                                              Defendant Rubin Chen

                                              _____
                                              Counsel for Rubin Chen

                                              _____
                                              Witness

Date:     New York, New York
          August 7, 2007