UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA     :
    :
    -v-     :    CR 07-00730 (CM)
    :
RUOPIAN CHEN and XUJIA WANG,     :
    :
    Defendants.     :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Xuija Wang a/k/a/ "Jennifer Wang."

I certify that I am admitted to practice in this Court.

Dated: August 28, 2007

                     Respectfully submitted,

                     By: /s/ Catherine L. Redlich_____

                     Catherine L. Redlich
                     DRISCOLL & REDLICH
                     521 Fifth Avenue, Suite 3300
                     New York, New York 10175
                     Tel:    (212) 986-4030
                     Fax:    (212) 986-4050