UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
         -v-                        :    CR 07-00730 (CM)
                                    :
RUOPIAN CHEN and XUJIA WANG,        :
                                    :
         Defendants.                :
------------------------------------------------------------x

### NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Xujia Wang a/k/a Jennifer Wang hereby gives notice that Catherine L. Redlich of Driscoll & Redlich is being substituted as counsel for Wang in the place of David Spears of Spears & Imes LLP.

Dated: August 29, 2007

Respectfully submitted,

By:  /s/ Catherine L. Redlich                By:  /s/ David Spears
     Catherine L. Redlich                         David Spears

     DRISCOLL & REDLICH                           SPEARS & IMES LLP
     521 Fifth Avenue, Suite 3300                 51 Madison Avenue
     New York, New York  10175                    New York, New York  10010
     Tel:   (212) 986-4030                        Tel:   (212) 213-6996
     Fax:   (212) 986-4050                        Fax:   (212) 213-0849