**CERTIFICATE OF SERVICE**

     I hereby certify that on the 29th day of August 2007, I electronically filed a copy of the foregoing Notice of Substitution of Counsel with the Clerk of the Court using the Court's CM/ECF system, which will send notice of such filing to all parties.

                                          /s/ Jacob Moss