# EXHIBIT 4

Case 1:07-cr-00730-CM    Document 32-6    Filed 11/28/2007    Page 1 of 3

Helen Shi
REDACTED
Natick, MA 01760

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

September 22, 2007

Dear Judge McMahon,

My name is Helen Shi. I am a scientist working for a pharmaceutical company in Cambridge MA. I have been a friend of Ruopian Chen since 1992, when we studied chemistry together in Peking University.

Since this time Ruopian has always impressed me as an outstanding person, not only by his academic achievements, but also in term of his selfless and caring nature.

Ruopian was the president of my class for four consecutive years in college, where he lead by example. Academically he was in the top 5% of the class, yet he still had time to organized many memorable activities for my class, such as the New Year Eve Parties, the summer outings, and many field trips. He helped many classmates in need. For example, bringing food to a classmate who was injured during a basketball game, and helping me personally when I was ill. When there was a blood shortage in 1994, people were reluctant to give blood because of poor medical hygiene conditions. Ruopian was the first of my class to donate. Many classmates were touched by his selflessness, and followed his example. He also volunteered as an assistant coach in the 1995 International Chemistry Olympic Games, when the committee could not hire enough professional coaches. The team he coached won a gold, a silver, and a bronze medal with his help. I, and many other classmates, looked up upon him as our role model and leader.

Ruopian put other people in front of him, even when he faced personal danger. Once we had a chemical spill in the lab, where Ruopian and a few other classmates were working. The room filled up with toxic fume very quickly. The very strong and irritating fumes made it difficult to breath. Instead of running for his own safety, Ruopian helped to evacuate the lab first. After making sure no one was left behind, he guarded at the door, so that no one could get back into the lab accidentally. He also volunteered to clean up the spilled solution with a professor. When being asked about his bravery after the incident, he said he just followed his heart at the moment.

Ruopian has such a positive attitude toward life, even when under tremendous pressure, or facing hardships. This optimism radiates from him, and influenced many people around him, including myself. I was a very emotional girl in college. When I was upset,

he always cheered me up with his great sense of humor and big bright smile. He shared his dreams with me, and encouraged me to pursue a better life. I would not be where I am now without him. Even today facing prison time, he does not collapse. His only desire is to work harder to make amends for his actions.

I know, from phone conversations with him, that he has been in great pain anticipating the separation from his wife and new born son. He regrets what he did, and wants to repay his debt. He talked about serving more to the community to pay back the damage he has made. Knowing him for the past 15 years, I believe he would never purposefully hurt anyone. I also believe that he has learned his lesson, and will never ever do anything like this misconduct ever again. Would you please be merciful, and be lenient when sentencing him to prison time? He could make much a greater contribution to society outside prison as the selfless leader he has always been to me.

Please feel free to contact me if you have any questions about this letter. I could be reached at (508) 315-3608.

Sincerely,

Helen Shi