UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

UNITED STATES OF AMERICA

-v-

RUOPIAN CHEN and XUJIA WANG,

Defendants.
-----------------------------------------------------------x

07 CR 730 (CM)

## [PROPOSED] ORDER

WHEREAS this Court entered an order in this matter on January 28, 2008 (the "January 28 Order");

WHEREAS, in the January 28 Order, among other things, the Court directed the United States Attorney's Office not to enforce the forfeiture provisions of Defendants' plea agreements with the United States Attorney's Office for a period of thirty (30) days from the date of the issuance of the January 28 Order, so as to give Defendants and the Securities and Exchange Commission ("SEC") time to finalize the settlement of the civil case *SEC v. Wang and Chen*, 07 CV 3715 (AKH) (S.D.N.Y.);

WHEREAS that 30-day period expires on February 27, 2008;

WHEREAS the SEC Staff has advised Defendants that the processing of the settlement documents is well underway at the SEC, but not yet complete; and

WHEREAS the SEC Staff has advised Defendants that, absent extraordinary circumstances, the processing of the settlement papers by the SEC should be complete within another sixty (60) days, it is hereby:

ORDERED that the United States Attorney's Office shall not enforce the forfeiture

provisions of Defendants' plea agreements with the United States Attorney's Office for a period of sixty (60) days from the date of the issuance of this order.

This 25 day of February, 2008.

_____
Hon. Colleen McMahon
United States District Judge